IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02805-LTB-KLM

SUZANNE WESTON,

    Plaintiff,

v.

ANALEX CORPORATION,

    Defendant.
_____

# MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion for Entry of Stipulated Protective Order to Protect Confidential Information** [Docket No. 16; Filed June 22, 2010] ("Joint Motion").

    IT IS HEREBY **ORDERED** that the Joint Motion is **DENIED without prejudice** to the parties submitting a revised motion and stipulated protective order pursuant to the directions provided in Order [#20].

    Dated: June 24, 2010