IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02805-LTB-KLM

SUZANNE WESTON,

    Plaintiff,

v.

ANALEX CORPORATION,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Motion for Entry of Revised Stipulated Protective Order to Protect Confidential Information** [Docket No. 24; Filed August 2, 2010] ("Joint Motion").

IT IS HEREBY **ORDERED** that the Joint Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Stipulated Protective Order to Protect Confidential Information is entered as an order of the Court as of today's date.

    Dated: August 5, 2010