IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02805-LTB-KLM

SUZANNE WESTON,

      Plaintiff,

v.

ANALEX CORPORATION,

      Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on **Plaintiff's Motion to Amend Scheduling Order** [Docket No. 34; Filed January 14, 2011].  Although the Motion is opposed, I find that Plaintiff has provided good cause for amendment of the Scheduling Order.  Pursuant to D.C.COLO.LCivR 7.1C., I need not wait for a response to the Motion prior to reaching my decision.  Accordingly,

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part**.  To the extent that Plaintiff requests the extension of the expert disclosure deadlines by two months, the Motion is **granted**.  However, the requested extension sought by Plaintiff for the rebuttal expert deadline is three months after the original deadline, rather than the two months Plaintiff indicates she needs.  Accordingly, the Court has adjusted the requested extensions. The Scheduling Order entered on June 24, 2010 [Docket No. 21] is amended as follows:

- Expert Disclosure Deadline  **March 14, 2011**
- Rebuttal Expert Disclosure Deadline  **April 14, 2011**
- Expert Discovery Cut-Off  **July 1, 2011**
- Dispositive Motions Deadline  **August 1, 2011**

Dated:  January 18, 2011