**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  09-cv-02805-LTB-KLM

SUZANNE WESTON,

       Plaintiff,

v.

ANALEX CORPORATION,

       Defendant.

___

**MINUTE ORDER**
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Defendant's Motion for Leave to Amend Answer (Doc 38 - filed January 28, 2011) is **GRANTED**.  The tendered Amended Answer and Counterclaim is accepted for filing.

Dated:  January 31, 2011